**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| DAMEON THORTON<br>REG. # 32210-034 | DOCKET NO. 19-cv-0382<br>SECTION P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| R. MYERS | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation (Record Document 5) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 8th day of July, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT